No. 449. FARRINGTON ET AL. *v.* PINK, SUPERINTENDENT OF INSURANCE OF NEW YORK, ET AL. November 8, 1937. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. W. Gwynn Gardiner* and *James M. Earnest* for petitioners. *Solicitor General Reed, Assistant Attorney General Whitaker,* and *Messrs. Henry A. Julicher* and *George F. Foley* for respondents Julian, Treasurer of the United States, et al. *Messrs. Joseph A. Carey, Ralph P. Dunn, Hubert G. King, Alfred C. Bennett,* and *Benjamin Potoker* for respondent Pink.

No. 452. GRIFFIN MANUFACTURING Co. *v.* BOOM BOILER & WELDING Co. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Lawrence C. Spieth* for petitioner. *Mr. Frederick L. Leckie* for respondent.

No. 454. STANDARD OIL Co. OF CALIFORNIA *v.* UNITED STATES. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Felix T. Smith* and *Eugene D. Bennett* for petitioner. *Solicitor General Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *J. Louis Monarch* for the United States.

No. 456. OCEAN ACCIDENT & GUARANTEE CORP. *v.* TORRES. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Oliver Dibble* for petitioner. *Mr. Cyril W. McClean* for respondent.